1

Louis LEAVITT, Petitioner, v. FEDERAL TRADE COMMISSION, Respondent.

(Circuit Court of Appeals, Second Circuit. December 9, 1926.)

No. 11.

Petition to Review Order of the Federal Trade Commission.

Alexander A. Mayper, of New York City, for petitioner.

Bayard T. Haines, Adrien F. Busick, and G. E. Rowland, all of Washington, D. C., for respondent.

Before HOUGH, HAND, and MACK, Circuit Judges.

PER CURIAM. Order affirmed in open court.

---

2

United States, Libelant-Appellant, v. Steamship MARACAIBO, Her Engines, etc.; Atlantic & Caribbean Steam Navigation Company, Claimant-Appellee.

ATLANTIC & CARIBBEAN STEAM NAVIGATION COMPANY, Libelant-Appellee, v. UNITED STATES, Respondent-Appellant.

(Circuit Court of Appeals, Second Circuit. December 24, 1926.)

No. 147.

Appeal from the District Court of the United States for the Southern District of New York.

Appeal from final decree in admiralty entered in the District Court for the Southern District of New York.

Emory R. Buckner, U. S. Atty., of New York City (Charles E. Wythe, Sp. Asst. U. S. Atty., of New York City, of counsel), for the United States.

Haight, Smith, Griffin & Deming, of New York City (Clarence Bishop Smith, of New York City, of counsel), for the Maracaibo.

Before HOUGH, MANTON, and MACK, Circuit Judges.

PER CURIAM. Decree (14 F.[2d] 686) affirmed, with costs.

---

3

Manny MECHLOWITZ and Moses Mechlowitz, Plaintiffs in Error, v. UNITED STATES, Defendant in Error.

(Circuit Court of Appeals, Second Circuit. January 13, 1927.)

No. 247.

In Error to the District Court of the United States for the Southern District of New York.

Slade & Slade and Leonard A. Snitkin, of New York City (Charles H. Tuttle, of New York City, of counsel), for plaintiffs in error.

Ralph P. Koenig, of New York City, for the United States.

Before MANTON and HAND, Circuit Judges, and AUGUSTUS N. HAND, District Judge.

PER CURIAM. Judgment reversed in open court.

---

4

MERCANTILE BANK OF THE AMERICAS, Inc., Libelant-Appellee, v. PACIFIC MAIL STEAMSHIP COMPANY, Respondent-Appellee, and Panama Railroad Company, Respondent-Appellant.

(Circuit Court of Appeals, Second Circuit. January 10, 1927.)

No. 153.

Appeal from the District Court of the United States for the Southern District of New York.

Richard Reid Rogers, of New York City, for appellant.

Theodore L. Bailey and Loring R. Lecraw, both of New York City, for appellee Mercantile Bank of the Americas.

Kirlin, Woolsey, Campbell, Hickox & Keating, of New York City (L. De Grove Potter and John J. Heckman, both of New York City, of counsel), for appellee Pacific Mail S. S. Co.

Before MANTON and HAND, Circuit Judges, and CAMPBELL, District Judge.

PER CURIAM. Decree affirmed.